UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KENNETH THOMAS,

                              Petitioner,

v.

D.W. NEVEN, *et al.*,

                              Respondents.

Case No. 3:15-cv-00071-MMD-WGC

ORDER

Good cause appearing, Respondents' unopposed motion for enlargement of time (ECF No. 47) is granted. Respondents will have until January 3, 2019, to file an answer to the remaining claims of the petition.

DATED THIS 4th day of December 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE